UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Commodity Futures Trading Commission | § § § | |
| Plaintiff | § | |
| v. | § § | Civil No. 1:18-CV-346 LY |
| Charles H. McAllister | § § § | |
| Defendants | § § § § § | |

## CLERK'S ENTRY OF DEFAULT

IT APPEARING from the records of the above-entitled action that service of the complaint has been made upon the defendant Charles H. McAllister, and it further appearing from the Plaintiff's motion and affidavit that said Defendant has failed to plead, respond, or otherwise defend in said action as directed.

NOW, THEREFORE, on Plaintiff's request, this the 5th day of June, 2018, DEFAULT is hereby entered against Charles H. McAllister.

JEANNETTE J. CLACK, CLERK
U.S. DISTRICT COURT

By: *Deanna Massie*
Deputy Clerk

