IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, § § § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. 1:18-CV-346-LY |
| § | |
| CHARLES H. MCALLISTER, § | |
| DEFENDANT. § | |

### ORDER SETTING HEARING ON MOTION OF
### THE UNITED STATES TO INTERVENE AND STAY DISCOVERY

**IT IS HEREBY ORDERED** that Motion of the United States to Intervene and to Stay Discovery filed July 20, 2018 (Dkt. No. 13) is set for a **HEARING at 10:30 a.m. on Friday, August 10, 2018,** in Courtroom 7, Seventh Floor of the United States Courthouse, 501 West 5th Street, Austin, Texas.

SIGNED this __1st__ day of August, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE