IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | § § | |
| PLAINTIFF, | § § | |
| V. | § § | CAUSE NO. 1:18-CV-346-LY |
| CHARLES H. MCALLISTER, | § § | |
| DEFENDANT. | § | |

## ORDER

The court has considered the Motion of the United States to Intervene and to Stay Discovery filed July 20, 2018 (Dkt. No. 13) and grants the motion as follows:

**IT IS ORDERED** that the United States of America, acting through the Office of the United States Attorney for the Western District of Texas, is allowed to intervene in this action.

**IT IS FURTHER ORDERED** that this case is stayed, pending further order of this court.

SIGNED this _____ day of August, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE