IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | § § § | |
| PLAINTIFF, | § § | |
| V. | § | CAUSE NO. 1:18-CV-346-LY |
| CHARLES MCALLISTER, | § § § | |
| DEFENDANT. | § | |

## **ORDER**

**IT IS HEREBY ORDERED** that the parties shall submit a joint-status report **on or before November 6, 2019**. The report should include recommendations on how to proceed in this case.

SIGNED this __7th__ day of October, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE