IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br>　　　　PLAINTIFF,<br><br>V.<br><br>CHARLES H. MCALLISTER,<br>　　　　DEFENDANT. | §<br>§<br>§<br>§<br>§ CAUSE NO. 1:18-CV-346-LY<br>§<br>§<br>§ |

## ORDER

Before the court in the above-styled and numbered cause is *pro se* Defendant Charles H. McAllister's Motion to Strike Document No. 30: Response to the CFTC's Consent Order filed August 20, 2020 (Doc. #31). Plaintiff Commodity Futures Trading Commission's response was due August 27, 2020. *See* Loc. R. W.D. Tex. CV-7(e)(2) (requiring party opposed to motion to respond within 7 days of service of nondispositive motion and allowing district court to grant motion as unopposed if no timely response is filed). To date, no response has been filed.

Pursuant to Local Rule CV-7(e)(2), a motion may be granted as unopposed if review of the pleadings reveals that it should be granted. *Cf. John v. Lousiana Bd. of Trs. for State Colls. & Univs.*, 757 F.2d 698, 707–10 (5th Cir. 1985). Having reviewed the motion, record, and applicable law, the court finds that the motion should be granted. Accordingly,

**IT IS ORDERED** that McAllister's Motion to Strike Document No. 30: Response to the CFTC's Consent Order filed August 20, 2020 (Doc. #31) is **GRANTED**. The clerk shall **STRIKE** McAllister's Response to the CFTC's Consent Order filed August 17, 2020 (Doc. #30).

SIGNED this _31st_ day of August, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE