IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, §<br>§<br>PLAINTIFF, §<br>§<br>V. §<br>§<br>CHARLES H. MCALLISTER, §<br>§<br>DEFENDANT. § | <br><br><br><br>CAUSE NO. 1:18-CV-346-LY |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, the court granted the parties' Joint Motion for Entry of Consent Order filed August 16, 2021 (Doc. #41). The motion stated that "[t]he proposed Consent Order, if approved and adopted by the Court, resolves all aspects of Plaintiff's case against Pro Se Defendant Charles H. McAllister." As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this 18th day of August, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE